**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01739-CMA-BNB

PROSPECT RESOURCES, INC., a Colorado corporation,

    Plaintiff,

v.

THE TRAVELERS COMPANIES, INC., a Minnesota corporation,
ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation, and
UNITED STATES FIDELITY AND GUARANTY COMPANY, a Connecticut corporation,

    Defendants.

---

**ORDER REGARDING DISMISSAL OF DEFENDANT
THE TRAVELERS COMPANIES, INC.**

---

The Court having reviewed the parties' Notice of Dismissal Without Prejudice of Defendant The Travelers Companies, Inc. (Doc. # 9), ORDERS as follows:

Defendant The Travelers Companies, Inc. is hereby DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of The Travelers Companies, Inc. as a defendant in this case.

DATED: August __6__, 2010

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge