IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01739-WJM-BNB

PROSPECT RESOURCES, INC.,

Plaintiff,

v.

ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation, and UNITED STATES FIDELITY AND GUARANTY COMPANY, a Connecticut corporation,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Leave to Cite Supplemental Authority in Support of Response to Defendants' Motion to Dismiss Third Claim for Relief in the Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6)** [docket no. 35, filed March 7, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED: March 8, 2011