IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01739-WJM-BNB

PROSPECT RESOURCES, INC.,

Plaintiff,

v.

ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation, and
UNITED STATES FIDELITY AND GUARANTY COMPANY, a Connecticut corporation,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Second Motion for Leave to Cite Supplemental Authority in Support of Response to Defendants' Motion to Dismiss Third Claim for Relief in the Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6)** [docket no. 57, filed July 27, 2011] (the "Motion").

      IT IS ORDERED that the Motion is DENIED for failure to comply with D.C.COLO.LRCivR 7.1(A).

DATED:  July 28, 2011