**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-01739-WJM-BNB

PROSPECT RESOURCES, INC., a Colorado corporation,

    Plaintiff,

v.

ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation, and UNITED STATES FIDELITY AND GUARANTY COMPANY, a Connecticut corporation,

    Defendants.

---

**ORDER GRANTING JOINT STIPULATED MOTION TO WITHDRAW
DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS'
FEES (ECF NO. 72) AND BILL OF COSTS (ECF NO. 71)**

---

This matter comes before the Court on the Joint, Stipulated Motion to Withdraw Defendants' Motion for Award of Attorneys' Fees (ECF No. 72) and Bill of Costs (ECF No. 71) filed February 24, 2012 (ECF No. 77). The Court having considered the Motion, the Record, and applicable law hereby ORDERS as follows:

The Joint, Stipulated Motion to Withdraw Defendants' Motion for Award of Attorneys' Fees and Bill of Costs is GRANTED.

Defendants' Motion for Award of Attorneys' Fees (ECF No. 72) and Defendants' Bill of Costs (ECF No. 71) are WITHDRAWN WITH PREJUDICE. Each party shall pay its own attorney's fees and costs.

It is FURTHER ORDER that Plaintiff is deemed to have waived and released its rights to seek reconsideration and/or to pursue appeal of this action.

Dated this 27th day of February, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge